UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF MAINE<br>    Plaintiffs,<br><br>v.<br><br>EMPLOYMENT SPECIALISTS OF MAINE, INC.<br><br>    Defendant. | Case No. 1:13-cv-00318-NT |

## CONSENT JUDGMENT

Plaintiffs and Defendant having jointly moved for entry of consent judgment, and that motion having now been GRANTED,

JUDGMENT is hereby entered for the plaintiffs, the United States of America and the State of Maine, against the defendant, Employment Specialists of Maine, Inc., in the amount of one hundred twenty-five thousand, two hundred fifty three dollars and ninety eight cents ($125,253.98), plus post judgment interest at a rate of 1.75% per annum, with each party bearing its own costs.

/s/ Nancy Torresen
Nancy Torresen
U.S. District Court Judge

Dated this 21st day of August, 2013